**Robert Lee DAVIS, Plaintiff—Appellant,**

v.

**L. STANFORD, Medical Administrator; Page True, Warden; K. Emran, Prison Doctor; Prison Healthcare Services, Healthcare Provider; Fred Schillings, Director of Medical Services; Captain Miller, Building Captain; J. Lewis, Counselor, Defendants—Appellees.**

**No. 04–7911.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2005.

Decided: May 10, 2005.

Robert Lee Davis, Appellant pro se.

Noelle Leigh Shaw–Bell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Lee Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Davis v. Stanford,* No. CA–03–1166–1 (E.D.Va. Oct. 26, 2004). We also deny Davis' motion for summary reversal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*